1  J. BRUCE ALVERSON, ESQ. (Nevada Bar No. 1339)
   KARIE N. WILSON, ESQ. (Nevada Bar No. 7957)
2  ALVERSON TAYLOR
   MORTENSEN & SANDERS
3  7401 W. Charleston Boulevard
   Las Vegas, NV 89117
4  702-384-7000 Phone
   702-385-7000 Fax
5
   BRUNO WOLFENZON (Nevada Bar No. 6177)
6  DANIEL J. REED (Nevada Bar No. 11249)
   WOLFENZON ROLLE
7  6725 Via Austi Pkwy, Suite 260
   Las Vegas, NV 89119
8  702-836-3138 Phone
   702-836-3139 Fax
9
   JEFFREY K. ROSENBERG (*pro hac vice*)
10 MORRISON & FOERSTER LLP
   425 Market Street, Suite 3200
11 San Francisco, California 94105-2482
   415-268-7000 Phone
12 415-268-7522 Fax

13 WILLIAM GRIMM (*pro hac vice*)
   LEECIA WELCH (*pro hac vice*)
14 NATIONAL CENTER FOR YOUTH LAW
   405 – 14th Street, 15th Floor
15 Oakland, CA 94612
   510-835-8098 Phone
16 510-835-8099 Fax

17 Co-Attorneys for Plaintiffs
   HENRY A. *et al.*

18
19                          UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEVADA
20

| | |
|---|---|
| 21  HENRY A., by his next friend M.J.; CHARLES and CHARLOTTE B., by their next friend R.D.; LEO C.; VICTOR C.; DELIA, MAIZY, and JONATHAN D. by their next friend S.W.; LINDA E.; CHRISTINE F., and OLIVIA G. by their next friend E.F., and MASON I., by his next friend M.J., individually and on behalf of others so situated,<br><br>Plaintiffs,<br>v.<br><br>*[Caption continued on following page.]* | Case No.   2:10-CV-00528-RCJ-PAL<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #118) |

Notice of Withdrawal
sf-3192442

1  MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; DIANE
2  COMEAUX, former Administrator of Nevada Division of Child and Family Services; AMBER
3  HOWELL, Administrator of Nevada Division of Child and Family Services; VIRGINIA
4  VALENTINE, former Clark County Manager; DON BURNETTE, Clark County Manager; CLARK
5  COUNTY; TOM MORTON, former Director of Clark County Department of Family Services; LISA
6  RUIZ-LEE, Director of Clark County Department of Family Services; and DOES I-XX,
7
          Defendants.
8

9  ///
10 ///
11 ///
12 ///
13
14 ///
15 ///
16 ///
17 ///
18
19 ///
20 ///
21 ///
22 ///
23
24 ///
25
26 ///
27 ///
28 ///

PLEASE TAKE NOTICE that Dorothy L. Fernandez of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105 hereby withdraws as counsel of record for Plaintiffs.  Dorothy L. Fernandez will no longer be associated with Morrison & Foerster LLP as of September 12, 2012.  All pleadings, orders, and other papers should continue to be served on Morrison & Foerster LLP, Wolfenzon Rolle, Alverson Taylor Mortensen & Sanders, and the National Center for Youth Law.  The Court and counsel for defendants are respectfully requested to remove Dorothy Fernandez from the service list for this action.

Dated:  September 12, 2012     By:    /s/ Jeffrey K. Rosenberg
                                        Jeffrey K. Rosenberg
*Co-Attorneys for Plaintiffs*

Jeffrey K. Rosenberg
MORRISON & FOERSTER LLP

Bruno Wolfenzon
Daniel J. Reed
WOLFENZON ROLLE

William Grimm
Leecia Welch
NATIONAL CENTER FOR YOUTH LAW

J. Bruce Alverson
Karie N. Wilson
ALVERSON TAYLOR MORTENSEN & SANDERS

**IT IS ORDERED** that the Motion to Withdraw (Dkt. #118) is GRANTED. Dorothy L. Fernandez is relieved as counsel of record for Plaintiffs. Plaintiffs will continue to be represented by all remaining counsel of record. The Clerk of Court shall remove Ms. Fernandez from the electronic service list in this case.

Dated this 13th day of September, 2012.

_____
Peggy A. Leen
United States Magistrate Judge