# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY A., | Case No.:   2:10-CV-00528-RCJ-PAL |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| MICHAEL WILLDEN, *et al.*, | September 18, 2012 |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that County Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF ## 109, 110, 111, 112) filed with the Court on August 21, 2012 will be consolidated with County Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF #108) for purposes of ruling as the motions appear to be identical.

IT IS FURTHER ORDERED that the Stipulation for Extension of Time (ECF #120) is GRANTED.

**IT IS SO ORDERED** this 18th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge