# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY A., et al., | |
| Plaintiffs, | Case No. 2:10-cv-00528-RCJ-PAL |
| vs. | **ORDER** |
| MICHAEL WILLDEN, et al., | (Mtn to Withdraw - Dkt. #143) |
| Defendants. | |

This matter is before the court on the Motion to Withdraw (Dkt. #143). Bruno Wolfenzon and Daniel Reed seek to withdraw as co-counsel of record for Plaintiffs. The Motion represents that Plaintiffs will continue to be represented by their counsel of record at Alverson Taylor Mortensen & Sanders and the National Center for Youth Law. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiffs filed their Complaint (Dkt. #1) on April 13, 2010. Discovery closes on October 13, 2013. *See* Order on Stipulation (Dkt. #144). Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #143) is GRANTED. Bruno Wolfenzon and Daniel Reed are withdrawn as counsel of record for Plaintiffs. The Clerk of Court is directed to remove them from the electronic service list.

2. Plaintiffs shall continue to be represented by their co-counsel of record at Alverson Taylor Mortensen & Sanders and the National Center for Youth Law.

Dated this 18th day of March, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE