# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HENRY A., et al.,

                Plaintiffs,

vs.

DIRECTOR MICHAEL WILLDEN, et al.,

                Defendants.

Case No. 2:10-cv-00528-RCJ-PAL

**ORDER**

       The court conducted a status conference on December 10, 2013. Mark Danis and Sarah Davis were present on behalf of Plaintiffs. Cayla Witty, Margaret Foley and Alan Lefebvre were present on behalf of Defendants. The court inquired of counsel as to their progress with ESI, depositions, and licensing file inspection as well as other discovery needs, and finds that additional time is needed to complete discovery. As such,

       **IT IS ORDERED** that the following discovery plan and scheduling order deadlines will be extended as follows:

1. Last date to conduct non-expert discovery: **January 31, 2014.**
2. Last date to disclose experts under Rule 26(a)(2): **March 10, 2014.**
3. Last date to disclose rebuttal experts: **April 7, 2014.**
4. Last date to complete expert discovery: **May 1, 2014.**
5. Last date to file dispositive motions: **June 2, 2014.**

///

///

///

///

6. Last date to file joint pretrial order: **July 14, 2014**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions

Dated this 10th day of December, 2013.

_____
Peggy A. Leen
United States Magistrate Judge