**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HENRY A., *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL WILLDEN, *et al.*,<br><br>    Defendants. | Case No.: 2:10-CV-00528-RCJ-PAL<br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

   IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal Exhibit D of the Declaration of Aurora Kaiser in Support of Plaintiffs' Opposition to Clark County Defendants' Motion to Dismiss the Second Amended Complaint and State Defendants' Joinder (#209) is GRANTED.

   IT IS SO ORDERED this 13th day of January, 2014.

_____
ROBERT C. JONES
District Judge