1  J. BRUCE ALVERSON, ESQ. (Nevada Bar No. 1339)
   KARIE N. WILSON, ESQ. (Nevada Bar No. 7957)
2  ALVERSON TAYLOR
   MORTENSEN & SANDERS
3  7401 W. Charleston Boulevard
   Las Vegas, NV 89117
4  702-384-7000 Phone
   702-385-7000 Fax
5
   JACK LONDEN (*Pro Hac Vice*)
6  MARK W. DANIS (*Pro Hac Vice*)
   AURORA V. KAISER (*Pro Hac Vice*)
7  DINAH X. ORTIZ (*Pro Hac Vice*)
   SARAH N. DAVIS (*Pro Hac Vice*)
8  MORRISON & FOERSTER LLP
   425 Market Street, Suite 3200
9  San Francisco, California 94105-2482
   415-268-7000 Phone
10 415-268-7522 Fax

11 WILLIAM GRIMM (*Pro Hac Vice*)
   LEECIA WELCH (*Pro Hac Vice*)
12 ERIN LIOTTA (*Pro Hac Vice*)
   NATIONAL CENTER FOR YOUTH LAW
13 405 – 14th Street, 15th Floor
   Oakland, CA 94612
14 510-835-8098 Phone
   510-835-8099 Fax
15
   Co-Attorneys for Plaintiffs
16 HENRY A. *et al.*

17                          UNITED STATES DISTRICT COURT

18                                  DISTRICT OF NEVADA

19 HENRY A., by his next friend M.J.; CHARLES
   and CHARLOTTE B., by their next friend R.D.;
20 LEO C.; VICTOR C.; MAIZY and JONATHAN D.        Case No.: 2:10-CV-00528-RCJ-PAL
   by their next friend S.W.; LINDA E.; CHRISTINE
21 F., and OLIVIA G. by their next friend E.F., and   **STIPULATION AND [PROPOSED]**
   MASON I., by his next friend M.J., individually    **ORDER TO DISMISS ALL CLAIMS**
22 and on behalf of others so situated,               **OF HENRY A., CHARLES B.,**
                                                      **CHARLOTTE B., AND MASON I.**
23              Plaintiffs,                           **WITH PREJUDICE**

24       vs.

25 MICHAEL WILLDEN, Director of the Nevada
   Department of Health and Human Services; DIANE
26 COMEAUX, former Administrator of

27       *(Caption continued on following page.)*

28

STIP. AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS OF HENRY A., CHARLES B. CHARLOTTE B., AND MASON I
WITH PREJUDICE
CASE NO. 2:10-CV-00528

| | |
|---|---|
| 1 | Nevada Division of Child and Family Services; AMBER HOWELL, Administrator of Nevada Division of Child and Family Services; VIRGINIA VALENTINE, former Clark County Manager; DON BURNETTE, Clark County Manager; CLARK COUNTY; TOM MORTON, former Director of Clark County Department of Family Services; LISA RUIZ-LEE, Director of Clark County Department of Family Services; SYLVIA CLARK, Senior Family Services Specialist; YVETTE CHEVALIER, Caregiver Services Manager; TERESA CRAGON, Case Manager; DARREL FORD, Licensing Investigator; DEBBIE MALLWITZ, Family Services Specialist II; PATRICIA MARTIN, Family Services Specialist; THOR MARTINEZ, Family Services Specialist I; PHILOMENA OSEMWENGIE, Senior Family Services Specialist; STACEY SCOTT, Family Services Specialist I; SONYA WEATHERS, Family Services Specialist II; and DOES XI-XX, |
| | Defendants. |

1  PLAINTIFFS HENRY A., CHARLES B., CHARLOTTE B., and MASON I., and
2  DEFENDANTS HEREBY STIPULATE AND AGREE, by and through their respective counsel,
3  to the dismissal, with prejudice, of all claims of HENRY A., CHARLES B., CHARLOTTE B.,
4  and MASON I., as against all Defendants in the above-entitled matter, pursuant to Federal Rule
5  of Civil Procedure 41(a)(1)(A)(ii), but that the Court will retain personal and subject matter
6  jurisdiction solely for the purpose of enforcing the terms of the Settlement Agreement and
7  Release.
8  Except for the fees and costs to be paid by Clark County to Plaintiffs' counsel as provided
9  in the parties' Settlement Agreement and Release, which was the subject of Joint Petition for
10 Approval of Negotiated Attorneys' Fees & Costs approved by this Court [Dkt. 404], the parties
11 will bear their own fees and costs.

12 **IT IS SO STIPULATED**

13 DATED this _5th_ day of _February_, 2015.

14 _____ 7957
15 **ALVERSON TAYLOR MORTENSEN & SANDERS**
   **MORRISON & FOERSTER LLP**
16 **NATIONAL CENTER FOR YOUTH LAW**
   By Karie N. Wilson, Esq.
17 *Attorneys for Plaintiffs*

18
   DATED this ____ day of _____, 2015.
19

20 _____
   **KOLESAR & LEATHAM**
21 By Alan Lefebvre, Esq.
   *Attorneys for Defendants Mallwitz*
22 *and Chevalier*

23
24 DATED this _10_ day of _February_ 2015.

25 _____
26 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   By Margaret G. Foley, Esq.
27 *Attorneys for Clark County and Defendants Ruiz-Lee,*
   *Morton, Burnette, Valentine, Clark, Cragon, Ford,*
28 *Martin, Martinez, Osemwengie, Scott & Weathers*

STIP. AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS OF HENRY A., CHARLES B., CHARLOTTE B., AND MASON I.
WITH PREJUDICE                                                                                                    1
CASE NO. 2:10-CV-00528

PLAINTIFFS HENRY A., CHARLES B., CHARLOTTE B., and MASON I., and DEFENDANTS HEREBY STIPULATE AND AGREE, by and through their respective counsel, to the dismissal, with prejudice, of all claims of HENRY A., CHARLES B., CHARLOTTE B., and MASON I., as against all Defendants in the above-entitled matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), but that the Court will retain personal and subject matter jurisdiction solely for the purpose of enforcing the terms of the Settlement Agreement and Release.

Except for the fees and costs to be paid by Clark County to Plaintiffs' counsel as provided in the parties' Settlement Agreement and Release, which was the subject of Joint Petition for Approval of Negotiated Attorneys' Fees & Costs approved by this Court [Dkt. 404], the parties will bear their own fees and costs.

**IT IS SO STIPULATED**

DATED this ____ day of _____, 2015.

_____
**ALVERSON TAYLOR MORTENSEN & SANDERS**
**MORRISON & FOERSTER LLP**
**NATIONAL CENTER FOR YOUTH LAW**
By Karie N. Wilson, Esq.
*Attorneys for Plaintiffs*

DATED this 14 day of July, 2015.

#9515

_____
**KOLESAR & LEATHAM**
By Alan Lefebvre, Esq.
*Attorneys for Defendants Mallwitz and Chevalier*

DATED this ____ day of _____, 2015.

_____
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
By Margaret G. Foley, Esq.
*Attorneys for Clark County and Defendants Ruiz-Lee, Morton, Burnette, Valentine, Clark, Cragon, Ford, Martin, Martinez, Osemwengie, Scott & Weathers*

STIP. AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS OF HENRY A., CHARLES B., CHARLOTTE B., AND MASON I. WITH PREJUDICE
CASE NO. 2:10-CV-00528

1

Case 2:10-cv-00528-RCJ-PAL   Document 428   Filed 07/21/15   Page 5 of 5

Henry A., et al. vs. Michael Willden, et al.
Case No. 2:10-cv-00528-RCJ-PAL

**IT IS SO ORDERED.**

Dated this 21st day of July, 2015.

*/s/ R. Jones*

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE