UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY A.,<br><br>      Plaintiffs,<br><br>   vs.<br><br>MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services, *et al.,*<br><br>      Defendants. | Case No.:   2:10-CV-00528-RCJ-PAL<br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

   IT IS HEREBY ORDERED that a Status Conference is set for 10:00AM Wednesday, September 9, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

   IT IS FURTHER ORDERED the parties shall file a Status Report with the Court on or before 5:00 P.M., August 31, 2015.

   IT IS FURTHER ORDERED that out-of-state counsel requesting telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Monday, August 31, 2015.

   IT IS SO ORDERED this 21st day of July, 2015.

_____
ROBERT C. JONES
District Judge