J. BRUCE ALVERSON, ESQ. (Nevada Bar No. 1339)
KARIE N. WILSON, ESQ. (Nevada Bar No. 7957)
ALVERSON TAYLOR
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax

JACK LONDEN (*Pro Hac Vice*)
MARK W. DANIS (*Pro Hac Vice*)
DINAH X. ORTIZ (*Pro Hac Vice*)
SARAH N. DAVIS (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street, Suite 3200
San Francisco, California 94105-2482
415-268-7000 Phone
415-268-7522 Fax

WILLIAM GRIMM (*Pro Hac Vice*)
LEECIA WELCH (*Pro Hac Vice)*
NATIONAL CENTER FOR YOUTH LAW
405 – 14th Street, 15th Floor
Oakland, CA 94612
510-835-8098 Phone
510-835-8099 Fax

Co-Attorneys for Plaintiffs
HENRY A. *et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENRY A., by his next friend M.J.; CHARLES and CHARLOTTE B., by their next friend R.D.; LEO C.; VICTOR C.; MAIZY and JONATHAN D. by their next friend S.W.; LINDA E.; CHRISTINE F., and OLIVIA G. by their next friend E.F., and MASON I., by his next friend M.J., individually and on behalf of others so situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; DIANE COMEAUX, former Administrator of Nevada Division of Child and Family Services; AMBER HOWELL, Administrator of Nevada Division of | Case No.: 2:10-CV-00528-RCJ-PAL<br><br>**REQUEST TO APPEAR TELEPHONICALLY**<br><br>Date:   September 9, 2015<br>Time:   10:00 a.m.<br>Courtroom:  7C<br>Hon. Robert C. Jones |
| *(Caption continued on following page.)* | |

| | |
|---|---|
| 1 | Child and Family Services; VIRGINIA VALENTINE, former Clark County Manager; |
| 2 | DON BURNETTE, Clark County Manager; CLARK COUNTY; TOM MORTON, former |
| 3 | Director of Clark County Department of Family Services; LISA RUIZ-LEE, Director of Clark |
| 4 | County Department of Family Services; SYLVIA CLARK, Senior Family Services Specialist; |
| 5 | YVETTE CHEVALIER, Caregiver Services Manager; TERESA CRAGON, Case Manager; |
| 6 | DARREL FORD, Licensing Investigator; DEBBIE MALLWITZ, Family Services Specialist II; |
| 7 | PATRICIA MARTIN, Family Services Specialist; THOR MARTINEZ, Family Services Specialist I; |
| 8 | PHILOMENA OSEMWENGIE, Senior Family Services Specialist; STACEY SCOTT, Family |
| 9 | Services Specialist I; SONYA WEATHERS, Family Services Specialist II; and DOES XI-XX, |
| 10 | Defendants. |

Pursuant to the Court's Order of July 21, 2015 (Dkt. 429), Jack Londen and Leecia Welch, counsel for Plaintiffs, respectfully request permission to appear and participate by telephone at the Status Conference scheduled to take place in the above-captioned matter on September 9, 2015 at 10:00 a.m. Mr. Londen is located in San Francisco, California. Ms. Welch is located in Oakland, California. Both are capable of addressing any issues that may arise at the hearing without being physically present in court.

Respectfully submitted,

Dated: August 31, 2015

By: /s/ *Mark W. Danis*
Mark W. Danis

MORRISON & FOERSTER LLP
Jack Londen
Mark W. Danis
Dinah X. Ortiz
Sarah N. Davis

ALVERSON TAYLOR
J. Bruce Alverson
Karie N. Wilson

NATIONAL CENTER FOR YOUTH LAW
William Grimm
Leecia Welch

Attorneys for Plaintiffs

IT IS SO ORDERED this 1st day of September, 2015.

_____
ROBERT C. JONES

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of Morrison & Foerster LLP, and that on the August 31, 2015, I did cause a true copy of the foregoing Request to Appear Telephonically to be served via the CM/ECF electronic transmission system to all parties on the current service list.

Dated:  August 31, 2105      By:    /s/ *Mark W. Danis*
                                    Mark W. Danis
                                    *Attorneys for Plaintiffs*

                                    Jack Londen
                                    Mark W. Danis
                                    Dinah X. Ortiz
                                    Sarah N. Davis
                                    MORRISON & FOERSTER LLP

REQUEST TO APPEAR TELEPHONICALLY
CASE NO. 2:10-CV-00528-RCJ-PAL            2
pa-1707784