UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY A., *et al.*, | Case No.: 2:10-cv-00528-RCJ-PAL ~~2:15-CV-00023-RCJ-CWH~~ |
| Plaintiffs, | |
| vs. | ORDER |
| MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services, *et al.*, | |
| Defendants. | |

**ORDER IN CHAMBERS**

On September 9, 2015 a Status Conference was held before Judge Robert C. Jones (ECF #437). The parties agreed that all matters have been resolved and funds distributed in this action. The Court directed counsel to submit a proposed closing order. To date, the proposed closing order has not been filed with the Court. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M. Monday, December 7, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 21st day of October, 2015.

ROBERT C. JONES
District Judge