J. BRUCE ALVERSON, ESQ. (Nevada Bar No. 1339)
KARIE N. WILSON, ESQ. (Nevada Bar No. 7957)
ALVERSON TAYLOR
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax

JACK LONDEN (*Pro Hac Vice*)
DINAH X. ORTIZ (*Pro Hac Vice*)
SARAH N. DAVIS (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street, Suite 3200
San Francisco, California 94105-2482
415-268-7000 Phone
415-268-7522 Fax

WILLIAM GRIMM (*Pro Hac Vice*)
LEECIA WELCH (*Pro Hac Vice*)
ERIN LIOTTA (*Pro Hac Vice*)
NATIONAL CENTER FOR YOUTH LAW
405 – 14th Street, 15th Floor
Oakland, CA 94612
510-835-8098 Phone
510-835-8099 Fax

Co-Attorneys for Plaintiffs
HENRY A. *et al.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY A., by his next friend M.J.; CHARLES and CHARLOTTE B., by their next friend R.D.; LEO C.; VICTOR C.; MAIZY and JONATHAN D. by their next friend S.W.; LINDA E.; CHRISTINE F., and OLIVIA G. by their next friend E.F., and MASON I., by his next friend M.J., individually and on behalf of others so situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; DIANE COMEAUX, former Administrator of Nevada Division of Child and Family Services; | Case No.: 2:10-CV-00528-RCJ-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER CLOSING THE CASE** |

*(Caption continued on following page.)*

| | |
|---|---|
| 1 | AMBER HOWELL, Administrator of Nevada Division of Child and Family Services; VIRGINIA VALENTINE, former Clark County Manager; DON BURNETTE, Clark County Manager; CLARK COUNTY; TOM MORTON, former Director of Clark County Department of Family Services; LISA RUIZ-LEE, Director of Clark County Department of Family Services; SYLVIA CLARK, Senior Family Services Specialist; YVETTE CHEVALIER, Caregiver Services Manager; TERESA CRAGON, Case Manager; DARREL FORD, Licensing Investigator; DEBBIE MALLWITZ, Family Services Specialist II; PATRICIA MARTIN, Family Services Specialist; THOR MARTINEZ, Family Services Specialist I; PHILOMENA OSEMWENGIE, Senior Family Services Specialist; STACEY SCOTT, Family Services Specialist I; SONYA WEATHERS, Family Services Specialist II; and DOES XI-XX, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |

IT IS HEREBY STIPULATED by and among the parties to the above-entitled action, through their undersigned counsel of record that, as all causes of action in this case have been dismissed in their entirety (Dkt. 248), all pending motions have been withdrawn, and the settlement agreement among the parties has been executed, this case should be closed. Per the parties' request, the Court will retain continuing jurisdiction over the settlement agreement in this matter.

Dated: November 11, 2015

By: /s/ Jack Londen
Jack Londen

MORRISON & FOERSTER LLP
ALVERSON TAYLOR
NATIONAL CENTER FOR YOUTH LAW

Attorneys for Plaintiffs

Dated: November 11, 2015

By: _____
Jonathan Blum

KOLESAR & LEATHAM

Attorneys for Defendants Debbie Mallwitz and Yvette Chevalier

Dated: November 11, 2015

By: /s/ Margaret Foley
Margaret Foley

LEWIS BRISBOIS BISGAARD & SMITH LLP

Attorneys for Clark County Defendants

**[PROPOSED] ORDER CLOSING THE CASE**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 16, 2015